CLAUDIA G. SILVA, County Counsel (SBN 167868)
By: ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
    SYLVIA S. ACEVES, Senior Deputy (SBN 267381)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531- 5279; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN DIEGO; DANIEL NICKEL; JASON BUNCH, JAVIER MEDINA; DAVID WILLIAMS; CITY OF SAN DIEGO; ROGELIO MEDINA and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | No. 23-cv-00459-AJB-BLM<br><br>**JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. Barbara L. Major |

Pursuant to Civil Local Rule 7.2 and this Court's Civil Chamber Rules, Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams ("County Defendants"), by and through their counsel of record, and Defendants City of San Diego and Rogelio Medina ("City Defendants"), by and through their counsel of record, and Plaintiffs D.S., individually and as successor in interest to Yan Li ("Plaintiffs," collectively, the "Parties"), by and through their counsel of record, jointly move the Court for a protective order concerning discovery and documents that the

Parties intend to produce in the above-referenced action.  The Parties contend that good causes exists for the proposed protective order and make this application on the following grounds:

    1.    The Parties anticipate serving discovery, including document requests, that seeks medical and mental health records, financial records, arrest and jail records, police personnel records, and other confidential and sensitive information.

    2.    The Parties anticipate that some of these records will need to be produced pursuant to a protective order to resolve disputes regarding their confidentiality and to prevent their dissemination outside of the litigation.

    3.    The Parties have agreed on the language of a proposed protective order that closely tracks the Southern District of California's model protective order and includes the language required by this Court's Civil Chamber Rules, section V (Stipulated Protective Order Provisions for Filing Documents Under Seal).  The proposed protective order accompanying this joint motion specifies the conditions under which private, sensitive, and confidential documents and information in possession of the Parties must be exchanged, used, and protected in this litigation.

    4.    Because the materials that will be sought through discovery contain private, sensitive or legally confidential information, the accompanying proposed protective order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law, and is necessary for the Parties to exchange pertinent discovery.

The Parties respectfully request that the Court execute the proposed protective order in furtherance of the litigation.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: September 29, 2023 | CLAUDIA G. SILVA, County Counsel |
| 2 | | |
| 3 | | By: _s/*Robert A. Ortiz*_ |
| 4 | | Robert A. Ortiz, Senior Deputy |
| | | Syliva S. Aceves, Senior Deputy |
| 5 | | Attorney for Defendants County of San Diego, |
| 6 | | Daniel Nickel, Jason Bunch, Javier Medina, and David Williams |
| 7 | | |
| 8 | Dated: September 29, 2023 | LAW OFFICES OF DALE K. GALIPO |
| 9 | | |
| 10 | | By: _s/*Renee V. Masongsong*_ |
| | | Dale K. Galipo |
| 11 | | Renee V. Masongsong |
| 12 | | Attorneys for Plaintiff D.S. |
| 13 | | |
| 14 | Dated: September 29, 2023 | MARA W. ELLIOTT, City Attorney |
| 15 | | |
| 16 | | By: _s/*Stacy J. Plotkin-Wolff*_ |
| | | Stacy J. Plotkin-Wolff, |
| 17 | | Senior Chief Deputy City Attorney |
| 18 | | Robert J. Rice, Deputy City Attorney |
| | | Attorneys for Defendants City of San Diego and |
| 19 | | Rogelio Medina |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED:  October 30, 2023          Office of County Counsel

By: s/*Robert A. Ortiz*
ROBERT A. ORTIZ, Senior Deputy
Attorneys for Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams
E-mail: robert.ortiz@sdcounty.ca.gov