1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

D.S., individually and as successor in interest to Yan Li, deceased,

Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.:   23-cv-459-AJB-BLM

**ORDER SETTING MANDATORY SETTLEMENT CONFERENCE**

17
18
19
20
21
22
23
24

On November 6, 2023, counsel for Defendant County of San Diego, Robert Ortiz, contacted the Court to request the Court hold a settlement conference as the parties believe a further settlement conference would be beneficial. Accordingly, a Mandatory Settlement Conference shall be conducted on **December 1, 2023** at **9:30 a.m.** via videoconference with **Magistrate Judge Barbara L. Major**. All discussions at the Mandatory Settlement Conference will be informal, off the record, privileged, and confidential. Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

25
26
27
28

a.     **Personal Appearance of Parties Required**:  All parties, adjusters for insured defendants, and other representatives of a party having full and complete authority to enter into a binding settlement, as well as the principal attorneys responsible for the litigation, must be present **via videoconference** and legally and factually prepared to discuss settlement

1

23-cv-459-AJB-BLM

1  of the case.  Counsel appearing without their clients <u>(whether or not counsel has been given</u>
2  <u>settlement authority) will be cause for immediate imposition of sanctions and may also result in</u>
3  <u>the immediate termination of the conference</u>.

4          Unless there is good cause, persons required to attend the conference pursuant
5  to this Order shall not be excused from personal attendance.  Requests for excuse from
6  attendance for good cause shall be made in writing at least three (3) court days prior to the
7  conference.  Failure to appear at the Mandatory Settlement Conference will be grounds for
8  sanctions.

9          b.      The Court will use its official Zoom video conferencing account to hold the
10  MSC.  **IF YOU ARE UNFAMILIAR WITH ZOOM**:  Zoom is available on computers through a
11  download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the
12  installation of a free app.[1]   Joining a Zoom conference does not require creating a Zoom
13  account, but it does require downloading the .exe file (if using a computer) or the app (if using
14  a mobile device).  Participants are encouraged to create an account, install Zoom, and familiarize
15  themselves with Zoom in advance of the MSC.[2]   There is a cost-free option for creating a Zoom
16  account.

17          c.      Prior to the start of the MSC, the Court will e-mail each MSC participant an
18  invitation to join a Zoom video conference.  Again, if possible, <u>participants are encouraged to</u>
19  <u>use laptops or desktop computers for the video conference, as mobile devices often offer inferior</u>
20  <u>performance</u>.  Participants shall join the video conference by following the ZoomGov Meeting
21  hyperlink in the invitation.  **Participants who do not have Zoom already installed on their**
22  **device will be prompted to download and install Zoom before proceeding when they**
23  **click on the ZoomGov Meeting hyperlink**.  Zoom may then prompt participants to enter the

---

25  [1] Participants should use a device with a camera to fully participate in the video conference. If
26  possible, participants are encouraged to use laptops or desktop computers for the video
     conference, as mobile devices may offer inferior performance.

28  [2]  For help getting started with Zoom, visit:  https://support.zoom.us/hc/en-
     us/categories/200101697-Getting-Started

23-cv-459-AJB-BLM

password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

        d.    Each participant should plan to <u>join the Zoom video conference at least five minutes before the start of the MSC</u> to ensure that the MSC begins promptly at **9:30 a.m.** **The Zoom e-mail invitation may indicate an earlier start time, but the MSC will begin at the Court-scheduled time**.

        e.    Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC.  That is, the Court will begin the MSC with all participants joined together in a main session.  After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3]  In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence.  Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

        f.    No later than **November 21, 2023**, counsel for each party must send an e-mail to the Court at **efile_Major@casd.uscourts.gov** containing the following:

        i.    The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

        ii.    An **e-mail address for each participant** to receive the Zoom video conference invitation; and

        iii.    A **telephone number where each participant may be reached** so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference.  (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

23-cv-459-AJB-BLM

that side may be reached as an alternative to providing individual telephone numbers for each participant.)

g.      All participants must display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person.  Because Zoom may quickly deplete the battery of a participant's device, <u>each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference</u>.

h.      **Full Settlement Authority Required**:  In addition to counsel who will try the case, a party or party representative with <u>full settlement authority</u>[4] must be present for the conference.  In the case of a corporate entity, an authorized representative of the corporation who is not retained outside must be present and must have discretionary authority to commit the company to pay an amount up to the amount of Plaintiff's prayer (excluding punitive damages prayers).  The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.  <u>Counsel for a government entity may be excused from this requirement so long as the government attorney who attends the Mandatory Settlement Conference (1) has primary responsibility for handling the case, and (2) may negotiate settlement offers which the attorney is willing to recommend to the government official having ultimate settlement authority</u>.

i.      **Confidential Settlement Statements Required**:  No later than by **November 21, 2023**, the parties shall submit directly to Magistrate Judge Major's chambers (**efile_major@casd.uscourts.gov**) confidential settlement statements no more than ten (10)

---

[4] "Full settlement authority" means that the individuals at the settlement conference must be authorized to explore settlement options fully and to agree at that time to any settlement terms acceptable to the parties.  <u>Heileman Brewing Co. v. Joseph Oat Corp.</u>, 871 F.2d 648, 653 (7th Cir. 1989).  The person needs to have "unfettered discretion and authority" to change the settlement position of a party.  <u>Pitman v. Brinker Int'l, Inc.</u>, 216 F.R.D. 481, 485-86 (D Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference contemplates that the person's view of the case may be altered during the face to face conference.  <u>Id.</u> at 486.  A limited or a sum certain of authority is not adequate.  <u>See</u> <u>Nick v. Morgan's Food, Inc.</u>, 270 F.3d 590, 595-97 (8th Cir. 2001).

4

pages in length.  **These confidential statements shall not be filed or served on opposing counsel**.  Each party's confidential statement must set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement positions, including any previous settlement negotiations, mediation sessions, or mediation efforts, the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make at the settlement conference. If a specific demand or offer for settlement cannot be made at the time the brief is submitted, then the reasons therefore must be stated along with a statement as to when the party will be in a position to state a demand or make an offer.

General statements that a party will "negotiate in good faith" is not a specific demand or offer contemplated by this Order.  It is assumed that all parties will negotiate in good faith.

j.    **Requests to Continue a Mandatory Settlement Conference**:  Any request to continue the Mandatory Settlement Conference or request for relief from any of the provisions or requirements of this Order must be sought by a **joint motion**, or—if the motion is opposed—a **written *ex parte* application** filed by the party seeking the continuance in compliance with Chambers rules.  The application must (1) be supported by a declaration of counsel setting forth the reasons and justifications for the relief requested, (2) confirm compliance with Civil Local Rule 83.3(g), and (3) report the position of opposing counsel or any unrepresented parties subject to the Order.  **Absent good cause, requests for continuances will <u>not</u> be considered unless submitted <u>in writing</u> no fewer than (7) days prior to the scheduled conference**.  **<u>If the case is settled in its entirety before the scheduled date of the conference, counsel and any unrepresented parties must still appear in person, unless a written joint notice confirming the complete settlement of the case is filed no fewer than twenty-four (24) hours before the scheduled conference</u>**.

**IT IS SO ORDERED.**

Dated:  11/7/2023

Hon. Barbara L. Major
United States Magistrate Judge

5

23-cv-459-AJB-BLM