CLAUDIA G. SILVA, County Counsel
ROBERT A. ORTIZ, Senior Deputy (SBN 246849)
SYLVIA S. ACEVES, Senior Deputy (SBN 267381)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5279; Fax: (619) 531-6005
E-mail: robert.ortiz@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; DANIEL NICKEL; JASON BUNCH, JAVIER MEDINA; DAVID WILLIAMS; CITY OF SAN DIEGO; ROGELIO MEDINA and DOES 1-10, inclusive,<br><br>Defendants. | No. 23-cv-00459-AJB-BLM<br><br>**MOTION SEEKING TO EXCUSE DEPUTY DEFENDANTS DANIEL NICKEL, JASON BUNCH, JAVIER MEDINA, AND DAVID WILLIAMS FROM PERSONALY APPEARING AT MANDATORY SETTLEMENT CONFERENCE**<br><br>MSC:   December 1, 2023<br>Judge: Hon. Barbara L. Major<br>Trial:  Not Set |

Defendants Daniel Nickel, Jason Bunch, Javier Medina, and David Williams (collectively, "Deputy Defendants"), by and through their counsel of record, move the Court for an order excusing the Deputy Defendants from personally appearing at the Mandatory Settlement Conference ("MSC"), currently scheduled for December 1, 2023.

As set forth below, good cause justifies excusing the Deputy Defendants from personally appearing at the upcoming MSC.

///

1. On September 19, 2023, the Court held an Early Neutral Evaluation ("ENE") in the above-referenced action. In anticipation of the ENE, the Court granted the Deputy Defendants' motion to excuse their personal appearances at the ENE after finding good cause. (ECF, No. 24.) The ENE was successfully conducted without the personal appearances of the Deputy Defendants.

2. Since the ENE, the parties maintained open lines of communications and contacted the Court to request a settlement conference. The MSC was scheduled at the parties' request. In anticipation of the MSC, the Deputy Defendants seek the same relief on the same grounds as the relief sought for the ENE.

3. The Order Setting Mandatory Settlement Conference requires "[a]ll parties . . . and other representatives of a party having full and complete authority to enter into a binding settlement, as well as the principal attorneys responsible for the litigation" to appear for the MSC. (ECF, No. 30.) The purpose of this requirement is, in part, to ensure that individuals "having full and complete settlement authority" are present and are "legally and factually prepared to discuss settlement of the case." (*Id.*)

4. As with the ENE, the personal appearances of the Deputy Defendants will not advance the MSC goals of engaging in settlement discussions or obtaining a resolution of the case because the Deputy Defendants have no independent authority to negotiate and enter into a settlement. The authority to enter into a settlement is vested solely in the County of San Diego's ("County") Board of Supervisors.

5. In addition, the Sheriff's Department—like many law enforcement agencies across California—is currently experiencing critical staffing shortages. The Deputy Defendants are assigned to law enforcement positions throughout the County. Their ability to assist with alleviating critical staffing shortages and fulfilling their law enforcement obligations will be significantly impeded by requiring their attendance at the MSC, without any corresponding benefit to the MSC. Similarly, Daniel Nickels is retired, and he has personal obligations that make his personal appearance at the MSC difficult. Mr. Nickels' personal appearance will not advance the goals of the MSC.

6. Senior Deputy Robert A. Ortiz and Claims Representative Dalia Garcia from the Office of County Counsel will appear for the MSC on behalf of all County-affiliated defendants and will be legally and factually prepared to discuss the case. More importantly, Mr. Ortiz has already presented the case to the County Board of Supervisors and is prepared to engage in settlement negotiations and resolve the case at the MSC.

7. No party will be prejudiced by this request. All parties to the case had no prior opposition to excusing the personal appearances of the Deputy Defendants at the ENE.

DATED: November 28, 2023              CLAUDIA G. SILVA, County Counsel

                                        By:   *s/Robert A. Ortiz*
                                                ROBERT A. ORTIZ, Senior Deputy
                                                Attorneys for Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams