# DECLARATION OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California. My business address is 1600 Pacific Highway, Room 355, San Diego, California, 92101.

On November 28, 2023, I served the following document(s):

- **MOTION SEEKING TO EXCUSE DEPUTY DEFENDANTS DANIEL NICKEL, JASON BUNCH, JAVIER MEDINA, AND DAVID WILLIAMS FROM PERSONALY APPEARING AT MANDATORY SETTLEMENT CONFERENCE**

in the following manner:

☒ **(BY CM/ECF)** I cause to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, which electronically notifies all counsel as follows:

| | |
|---|---|
| Dale K. Galipo, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard<br>Suite 310<br>Woodland Hills, California 91367<br>Tel: (818) 347-3333<br>Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com<br>rvalentine@galipolaw.com<br>*Attorneys for Plaintiff* | David A. Kaufman, Esq.<br>LAW OFFICES OF DAVID A. KAUFMAN, APC<br>3162 Via Alicante, Unit E<br>La Jolla, CA 92037<br>Tel: (619) 865-8648<br>Email:<br>attorney@lawofficesofdavidkaufman.com<br>*Attorneys for Plaintiff* |
| Stacy Jo Plotkin-Wolff<br>Office of the San Diego City Attorney<br>1200 Third Avenue<br>Suite 1100<br>San Diego, CA 92101-4100<br>619-236-6486<br>Email: sjpwolff@sandiego.gov<br>*Attorneys for City of San Diego* | |

*(D.S. v. County of San Diego, et al.;*
USDC No. 23-cv-00459-AJB-BLM)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 28, 2023, at San Diego, California.

By: _____
ROBERT A. ORTIZ