MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
STACY PLOTKIN WOLFF, Sr. Chief Deputy City Attorney
    California State Bar No. 17493
ROBERT J. RICE Deputy City Attorney
    California State Bar No. 131255
        Office of the City Attorney
        1200 Third Avenue, Suite 1100
        San Diego, California 92101-4100
        Telephone:  (619) 533-5800
        Facsimile:   (619) 533-5856
        Email: SJPWolff@sandiego.gov
               RJRice@sandiego.gov

Attorneys for Defendants
CITY OF SAN DIEGO AND ROGELIO MEDINA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SAN DIEGO; DANIEL NICKEL; JASON BUNCH; JAVIER MEDINA; DAVID WILLIAMS; CITY OF SAN DIEGO; ROGELIO MEDINA and DOES 1-10, inclusive,<br><br>　　　　　Defendants, | Case No.  23cv0459-AJB-BLM<br><br>***EX PARTE* MOTION FOR ORDER EXCUSING DEFENDANT ROGELIO MEDINA FROM ATTENDING MANDATORY SETTLEMENT CONFERENCE**<br><br>Judge:　　　Hon. Barbara L. Major<br>Court Room:　4A<br>Trial:　　　　Not Set |

　　　Defendants Rogelio Medina and City of San Diego ("City Defendants") ask this Court to excuse Defendant Rogelio Medina from attending the Mandatory Settlement Conference scheduled to occur on December 1, 2023.

　　　Good cause justifies excusing Officer Medina was an officer with the San Diego Police Department acting in a backup capacity for the San Diego Sheriff's Department on the date of the subject incident. He was previously excused from

personally attending the ENE on a joint motion from the parties. (Doc No. 20 and 21.)

Since the ENE, the parties maintained open lines of communications and contacted the Court to request a settlement conference. The MSC was scheduled at the parties' request. In anticipation of the MSC, Officer Medina seeks the same relief on the same grounds as the relief sought for the ENE. The incident is fully depicted in the BWC footage submitted to the Court.

Counsel for the City as well as a representative from the City's Risk Management Department will appear at the MSC with authority from the City Council. Officer Medina's presence at the MSC will not be of any benefit to resolution of this matter as he does not have any independent settlement authority. If a factual question arises, he will be available by phone.

Dated: November 29, 2023         MARA W. ELLIOTT, City Attorney

By  */s/ Stacy J. Plotkin-Wolff*
Stacy J. Plotkin-Wolff
Senior Chief Deputy City Attorney

Robert J. Rice
Deputy City Attorney

Attorneys for Defendants
CITY OF SAN DIEGO AND ROGELIO MEDINA