# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>   Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO; DANIEL NICKEL; JASON BUNCH; JAVIER MEDINA; DAVID WILLIAMS; CITY OF SAN DIEGO; ROGELIO MEDINA and DOES 1-10, inclusive,<br><br>   Defendants, | Case No. 23cv0459-AJB-BLM<br><br>**DECLARATION OF SERVICE** |

I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101. I served the foregoing documents described as:

- *EX PARTE* MOTION FOR ORDER EXCUSING DEFENDANT ROGELIO MEDINA FROM ATTENDING MANDATORY SETTLEMENT CONFERENCE;

- [PROPOSED] ORDER

By electronically serving the individual(s) named below.

| | |
|---|---|
| Dale K. Galipo<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, CA 91367<br>dalekgalipo@yahoo.com<br><br>Attorneys representing Plaintiffs | David Andrew Kaufman<br>Law Office of David A. Kaufman<br>3162 Via Alicante, Unit E<br>La Jolla, CA 92037<br>attorney@lawofficesofdavidkaufman.com<br><br>Attorney representing Plaintiffs |
| Robert A. Ortiz<br>Office of County Counsel<br>1600 Pacific Hwy, Room 355<br>San Diego, CA 92101<br>Robert.ortiz@sdcounty.ca.gov | |

| Attorneys representing Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams | |
|---|---|

Executed on November 29, 2023, at San Diego, California.

*/s/ Stacy J. Plotkin-Wolff*
Stacy J. Plotkin-Wolff