# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; DANIEL NICKEL; JASON BUNCH, JAVIER MEDINA; DAVID WILLIAMS; CITY OF SAN DIEGO; ROGELIO MEDINA and DOES 1-10, inclusive,<br><br>Defendants. | No. 23-cv-00459-AJB-BLM<br><br>**ORDER GRANTING MOTION SEEKING TO EXCUSE DEPUTY DEFENDANTS DANIEL NICKEL, JASON BUNCH, JAVIER MEDINA, AND DAVID WILLIAMS FROM PERSONALLY APPEARING AT MANDATORY SETTLEMENT CONFERENCE**<br><br>MSC: December 1, 2023<br>Judge: Hon. Barbara L. Major<br>Trial: Not Set |

Upon reviewing Defendants Daniel Nickel, Jason Bunch, Javier Medina, and David Williams' (collectively, "Deputy Defendants") Motion Excusing Deputy Defendants from Personally Appearing at Mandatory Settlement Conference, and good cause appearing,

///
///
///
///

     IT IS HEREBY ORDERED that Defendants Daniel Nickel, Jason Bunch, Javier Medina, and David Williams shall be excused from appearing at the December 1, 2023 Mandatory Settlement Conference.

     **IT IS SO ORDERED.**

Dated: 11/29/2023

*Barbara F. Major*
Hon. Barbara L. Major
United States Magistrate Judge