# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>        Plaintiffs,<br><br>     v.<br><br>COUNTY OF SAN DIEGO; DANIEL NICKEL; JASON BUNCH; JAVIER MEDINA; DAVID WILLIAMS; CITY OF SAN DIEGO; ROGELIO MEDINA and DOES 1-10, inclusive,<br><br>        Defendants, | Case No.  23cv0459-AJB-BLM<br><br>**ORDER EXCUSING DEFENDANT ROGELIO MEDINA FROM ATTENDING MANDATORY SETTLEMENT CONFERENCE** |

Before the Court is the *Ex Parte* Motion for Order Excusing Defendant Rogelio Medina from Attending Mandatory Settlement Conference. Having reviewed the motion and finding good cause, Defendant Rogelio Medina is excused from attending the December 1, 2023 Mandatory Settlement Conference.

    **IT IS SO ORDERED.**

Dated:  11/29/2023

Hon. Barbara L. Major
United States Magistrate Judge

1