UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.S., individually and as successor in interest to Yan Li, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | Case No.:   23-cv-459-AJB-BLM<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE VOLUNTARY DISMISSAL OR STIPULATION FOR DISMISSAL** |

A videoconference Early Neutral Evaluation Conference was held on December 1, 2023 and Plaintiff settled his claims against Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams.  ECF No. 35.  Because the case has settled as to Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams, all other pending dates before Magistrate Judge Major are hereby vacated as to these Defendants only.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The Court notes that Defendants County of San Diego, Daniel Nickel, Jason Bunch, Javier Medina, and David Williams have not served an answer or a motion for summary judgment.  See Docket.  Accordingly, Plaintiff is ordered to file his voluntary dismissal of the case or a stipulation for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than **January 11, 2024**.  If Plaintiff files a stipulation for dismissal, a proposed order on the stipulation for

dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed stipulation for dismissal or voluntary dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed stipulation for dismissal or voluntary dismissal is not filed by **January 11, 2024**, then Plaintiff's counsel of record is required to appear **in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **January 18, 2024** at **9:30 a.m.** in **Courtroom 3D**.

If counsel of record for Plaintiff fails to appear at the Settlement Disposition Conference, or Plaintiff fails to file the voluntary dismissal or stipulation for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  12/1/2023

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.